UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD GRASSI                       JURY TRIAL DEMANDED

v.                                        CASE NO.  3:11CV

BENJAMIN MORRIS
CUDA & ASSOCIATES, LLC

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, the Connecticut Creditor's Collection Practices Act ("CCPA"), and the Connecticut Unfair Trade Practices Act.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff was the holder of a personal Citibank credit card.

5. Defendant Morris is an attorney and the managing member of defendant CUDA.

6. Defendant CUDA is in the business of purchasing defaulted consumer debt and collecting thereon using the mails and means of interstate commerce.

7. Defendant claimed to have purchased plaintiff's Citibank account.

8. Defendants sued plaintiff for the balance due in Superior Court, Danbury CT.

9. On May 5, 2010, in that state court suit, plaintiff filed a financial affidavit that showed his sole income was social security.

10. Defendants obtained judgment in favor of CUDA against plaintiff Grassi on August 2, 2010, in Superior Court, Danbury CT.

11. On December 30, 2010, defendants filed an application for Financial Institution Execution, which the clerk granted and issued on January 3, 2011.

12. The execution was served on plaintiff's bank.

13. Plaintiff timely filed an exemption claim form, which was granted on February 22, 2011, after a hearing in which plaintiff submitted his social security disability information.

14. Marshal Fry returned the execution to defendants as unsatisfied.

15. The Financial Institution Execution expired, by its own terms, and by operation of law, not later than forty-five days from the initial receipt by the serving officer of such execution. Conn. Gen. Stat. 52-367b(b).

16. Defendants directed Marshal Fry to serve the same execution several times thereafter, the latest service being June, 2011.

17. The funds were exempt from attachment at each service.

FIRST COUNT

18. In the collection efforts within one year prior to the date of this action, defendants violated the FDCPA, § 1692d or -e.

SECOND COUNT

19. In the collection efforts within one year prior to the date of this action, defendant CUDA violated the CCPA and CUTPA by the actions described above.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages against each defendant under the FDCPA, $1,000 statutory damages against defendant CUDA under the CCPA, and actual and punitive damages against defendant CUDA under CUTPA.

2. Award the plaintiff costs of suit and a reasonable attorney's fee.

3. Award such other and further relief as law or equity may provide.

        THE PLAINTIFF

        *Joanne S. Faulkner*

        BY__/s/ Joanne S. Faulkner__
        JOANNE S. FAULKNER ct04137
        123 AVON STREET
        NEW HAVEN, CT 06511-2422
        (203) 772-0395
        faulknerlawoffice@snet.net