UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD GRASSI

v.                                    CASE NO.  3:11CV  1596 (CSH)

BENJAMIN MORRIS
CUDA & ASSOCIATES, LLC

NOTICE OF VOLUNTARY DISMISSAL

Pursuant  to Rule 41(a)(l), plaintiff hereby dismisses  the within action without

costs or fees based on the parties' settlement agreement.

THE PLAINTIFF


BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395


Certificate of Service

I hereby certify that on November 12, 2011, a copy of foregoing Notice of
Dismissal was filed electronically. Notice of this filing will be sent by e-mail to all parties
by operation of the Court's electronic filing system. Parties may access this filing through
the Court's system.

____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772 0395
j.faulkner@snet.net